UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION



FILED
SEP 29 2022
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of:<br><br>**ROBERT S. GARFIAS**<br><br>Debtor(s) | Case No. **19-11236-A-7**<br><br>Chapter 7<br><br>Judge **Jennifer E. Niemann** |

## NOTICE TO THE CLERK OF UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT**

The attached check in the amount of $38,088.23 represents the total sum of unclaimed dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| United States of America<br>Railroad Retirement Board<br>Debt Recovery Devision<br>844 N Rush St<br>Chicago, IL 60611 | 2 | $38,088.23 |

Dated: 09/19/2022

/s/ JAMES E. SALVEN
JAMES E. SALVEN
P. O. BOX 25970
Fresno, CA 93729
Telephone : (559) 230-1095
Facsimile : (559) 230-1093